# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133201
(58)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 133201
                                        COA: 262676
                                        Jackson CC: 04-001348-FC

LOREN DEPREE GREENE,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's June 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                                        _____
                                                      Clerk

l0830